UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No.: _____ |
| | : | |
| **LAWAN BRYAN,** | : | VIOLATIONS: 18 U.S.C. § 287 (False |
| | : | Claims); D.C. Code § 4-218.01(a) |
| Defendant. | : | (Fraud in Obtaining Public Assistance) |

**I N F O R M A T I O N**

The United States Attorney charges**:**

**COUNT ONE**

Beginning on or about March 12, 2002, Lawan Bryan, a resident of the District of Columbia, knowingly and intentionally presented false claims for financial assistance to the District of Columbia Housing Authority ("DCHA"), which is funded by the U.S. Department of Housing and Urban Development, a federal government agency. From on or about August 2, 1999, to on or about August 1, 2006, in the District of Columbia, Lawan Bryan knowingly and intentionally presented false claims to DCHA for program benefits (reduced rent and financial assistance) that she knew she was ineligible to receive, and fraudulently obtained funds and financial assistance on the basis of these false claims. In total, Lawan Bryan fraudulently obtained $57,467 by knowingly and intentionally filing these false claims to DCHA to obtain benefits provided by federal funds.

**(False Claims, in violation of l8 U.S.C. § 287).**

## COUNT TWO

At all times material to this Information:

The District of Columbia Housing Authority ("DCHA") was a District of Columbia government agency that administered a public housing assistance program in this District. Lawan Bryan resided at 1111 Stevens Road, S.E., Washington, D.C., within a public housing project known as Barry Farms Dwellings, and was a participant in DCHA's public housing assistance program. From on or about August 2, 1999, to on or about August 1, 2006, Lawan Bryan did knowingly, and with the intent to injure and defraud, obtain public assistance, that is, money from DCHA, by, on multiple occasions, improperly submitting annual recertification forms to DCHA in which she intentionally under-reported her annual income, which resulted in DCHA partially funding the rent of Lawan Bryan in an amount greater than she was eligible to receive. As a result of the scheme, Lawan Bryan improperly received public assistance, that is, money belonging to DCHA to which she was not entitled, and used the money for her own benefit and use.

**(Fraud in Obtaining Public Assistance, in violation of D.C. Code § 4-218.01(a)).**

JEFFREY A. TAYLOR
United States Attorney

By: _____/s/_____
JEAN W. SEXTON
Assistant United States Attorney
N.J. Bar 02122–1995
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-1419; Jean.Sexton@usdoj.gov