AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _Columbia_

UNITED STATES OF AMERICA
V.

Lawan Bryan

**WAIVER OF INDICTMENT**

CASE NUMBER: 08-168

**FILED**
JUL - 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, _Lawan Bryan_, the above named defendant, who is accused of

_Fraud in Obtaining Public Assistance_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _Tuesday, July 1, 2008_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Rosemary M. Collyer_
Judicial Officer

1 July 2008